UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

MARY MITZI McCLELLAN,

    Plaintiff,

v.                                 CASE NO. 4:05-cv-00031-SPM-AK

DEPARTMENT OF THE LOTTERY,
STATE OF FLORIDA,

    Defendant.
_____/

### ORDER GRANTING JOINT STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER

    This cause came to be heard upon the Joint Stipulated Motion of the parties for the entry of a protective order with regard to certain documents and information sought by Plaintiff in discovery but that would be subject to exemptions or privilege under Florida law. Having considered the motion of the parties and finding it to be proper and appropriate, it is

    ORDERED AND ADJUDGED that the Joint Stipulated Motion for Entry of Protective Order is GRANTED.

    Defendant shall produce to Plaintiff those documents and that information found in the personnel and other files of Defendant that contains material otherwise exempt or privileged from disclosure under Florida law, including, but not limited to, documents or information containing Social Security numbers, and, in the circumstances of law enforcement officers, home addresses, telephone numbers, names of family members and other exempt information. This Order does not include medical, mental or other health care



records that reflect conditions or treatment provided to employees that will be disclosed only upon further order of the Court after motion and notice to the affected employees. This Order does not include documents subject to the attorney client privilege or that constitute work product.

Plaintiff and her attorney agree that information included within the documents and information produced by Defendant that is exempt from disclosure under Florida law will not be disclosed to persons other than the Plaintiff or be disclosed to persons outside the law office of Plaintiff's attorney. Plaintiff's attorney further agrees to instruct her employees of this agreement and to prohibit disclosure outside of her law offices.

DONE AND ORDERED this 31 day of MAY 2005.

_____
ALLAN KORNBLUM
UNITED STATES DISTRICT JUDGE

Copies to:
MARIE A. MATTOX, ESQUIRE
KEITH C. TISCHLER, ESQUIRE