IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARY McCLELLAN,**

    **Plaintiff,**

vs.                                     CASE NO.: 4:05-CV-031-SPM/AK

**DEPARTMENT OF THE LOTTERY,
STATE OF FLORIDA,**

    **Defendant.**
_____/

ORDER DISMISSING CASE

Pursuant to the parties' "Joint Stipulation/Motion for Dismissal With Prejudice" (doc. 15) filed June 28, 2005 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     This action is dismissed with prejudice.

2.     Each party shall bear its own attorney's fees and costs.

3.     All pending motions are denied as moot.

**DONE AND ORDERED** this <u>seventh</u> day of July, 2005.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge

/pao